# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:01cr29(10) |
| | § | (Judge Schneider/Judge Bush) |
| TIMOTHY LEDON BOWEN | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of ten (10) months, plus the remaining unserved eighty-eight (88) days of community confinement, to be served consecutively to any other term, with no supervised release to follow. It is finally

**ORDERED** that Defendant is to pay $2,275.00, which is the remaining balance of his fine.

**SIGNED this 3rd day of July, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE